Steven W. Berenter, ISB No. 2682
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: (208) 344-6000
Facsimile: (208) 342-3829
Email: swb@hteh.com

John E. Floyd
Ben E. Fox
BONDURANT, MIXSON & ELMORE
1201 W. Peachtree Street - 39th Floor
Atlanta, GA 30309
Telephone: (404) 881-4159
Facsimile: (404) 881-4111

Attorneys for Defendant Lincare Inc.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Trudy Davis,<br><br>                Plaintiff,<br>vs.<br><br>LINCARE INC., a Delaware Corporation, and JOHN DOES I THROUGH X whose true identities are presently unknown,<br><br>                Defendants. | Case No. 01-175-S EJL<br><br>MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF/RELATOR'S MOTION TO DETERMINE PROPRIETY AND APPLICABILITY OF DEFENDANT'S ASSERTIONS OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE OR IN THE ALTERNATIVE MOTION TO STRIKE MEMORANDUM |

MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO
PLAINTIFF/RELATOR'S MOTION TO DETERMINE PROPRIETY AND APPLICABILITY
OF DEFENDANT'S ASSERTIONS OF ATTORNEY-CLIENT PRIVILEGE AND WORK
PRODUCT DOCTRINE OR IN THE ALTERNATIVE MOTION TO STRIKE
MEMORANDUM - 1

40672.0003.801004.1

Defendant Lincare Inc. ("Lincare"), by and through its counsel of record, hereby respectfully moves this Court for an extension of time until March 15, 2005 to respond to Plaintiff/Relator's Motion to Determine Propriety and Applicability of Defendant's Assertions of Attorney-Client Privilege and Work Product Doctrine. In the alternative, Lincare moves this Court to strike Plaintiff/Relator's memorandum in support of her motion. Lincare's motion is based on the Memorandum filed concurrently herewith and the record in this case.

DATED THIS 25th day of February, 2005.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By /s/
Steven W. Berenter, ISB No. 2682


BONDURANT, MIXSON & ELMORE, LLP
John E. Floyd
Ben E. Fox

Attorneys for Defendant Lincare Inc.

MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF/RELATOR'S MOTION TO DETERMINE PROPRIETY AND APPLICABILITY OF DEFENDANT'S ASSERTIONS OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE OR IN THE ALTERNATIVE MOTION TO STRIKE MEMORANDUM - 2

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 25th day of February, 2005, I electronically filed the foregoing MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF/RELATOR'S MOTION TO DETERMINE PROPRIETY AND APPLICABILITY OF DEFENDANT'S ASSERTIONS OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE OR IN THE ALTERNATIVE MOTION TO STRIKE MEMORANDUM with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Wm. Breck Seiniger
SEINIGER LAW OFFICES, P.A.
942 Myrtle Street
Boise, ID 83702

Jason R.N. Monteleone
JOHNSON & MONTELEONE, L.L.P.
405 South 8th Street, Suite 250
Boise, ID 83702

Alan G. Burrow
United States Attorneys' Office
Box 32
Boise, ID 83707

/s/
Steven W. Berenter

MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF/RELATOR'S MOTION TO DETERMINE PROPRIETY AND APPLICABILITY OF DEFENDANT'S ASSERTIONS OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT DOCTRINE OR IN THE ALTERNATIVE MOTION TO STRIKE MEMORANDUM - 3

40672.0003.801004.1