THOMAS E. MOSS
UNITED STATES ATTORNEY
ALAN G. BURROW, FL BAR NO. 327921
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA, PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, ID 83712
TELEPHONE: (208) 334-1211
FAX: (208) 334-9375

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* TRUDY DAVIS,<br><br>Plaintiffs,<br><br>vs.<br><br>LINCARE, INC, et al.<br><br>Defendants. | Cv. No. CV-01-175-S-EJL<br><br>**UNITED STATES' AND RELATOR'S JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

COME NOW plaintiff United States of America and Relator Trudy Davis, by and through their respective counsel, and pursuant to the Settlement Agreement of the parties moves the Court to dismiss the Second Amended Complaint on the following grounds:

1. On August 7, 2006, the parties entered into a Settlement Agreement resolving the False Claims Act and common law claims in the Second Amended Complaint (paras. 76-81, 89-104). (Settlement Agreement, sect. III, para. 2 b.)

2. On or about August 7, 2006, Relator and Lincare entered into a Confidential Settlement Agreement resolving Relator's employment claims under 31 U.S.C. § 3730 (h) (2d Amend. Complaint, Count II).

3. Under the respective terms of the Settlement Agreement and the Confidential Settlement Agreement, once Lincare pays the specified settlement amounts, the United States and Relator will jointly move to dismiss the Second Amended Complaint with prejudice as to Relator and with prejudice as to the United States insofar as the claims fall within the following Covered Conduct alleged to have been committed by Lincare within the State of Idaho during the period from January 1998 through December 2000:

> (1) submitting to Medicare and Medicaid home oxygen therapy claims that did not comply with Medicare and Medicaid requirements because the certificates of medical necessity for oxygen services were falsified by Lincare employees, and
> (2) submitting to the VA claims that did not comply with VA requirements because Lincare failed to perform 30-day reviews on new oxygen patients (hereinafter referred to as the "Covered Conduct").

(Settlement Agreement, sect. II, para. D; *see also id.,* sect III, para. 2 b (specifying which claims are to be dismissed with prejudice as to the United States)). Under the respective terms of the Settlement Agreement and the Confidential Settlement Agreement, once Lincare has paid the specified settlement amounts, the United States and Relator will jointly move to dismiss the Second Amended Complaint with prejudice as to Relator and with prejudice as to the Government insofar as the claims relate to the above-stated Covered Conduct (*id.*, sect. III, para. 2 b).

4. Lincare has paid the settlement amounts specified in the Settlement Agreement and the Confidential Settlement Agreement. Accordingly, the United States and Relator jointly

move to dismiss the Second Amended Complaint with prejudice as to Relator and with prejudice as to the United States insofar as the claims fall within the above-state Covered Conduct. Said dismissal will resolve the above-styled lawsuit, and the case should be closed with the portions of the file currently under seal remaining under seal.

WHEREFORE, the Court should enter an order:

(1) dismissing the Second Amended Complaint (a) with prejudice as to Relator, and (b) with prejudice as to the United States insofar as the claims fall within the above-stated Covered Conduct; and

(2) directing the Clerk to close the Court file with the portions of the file currently under seal remaining under seal.

RESPECTFULLY SUBMITTED this 11th day of September, 2006.

ON BEHALF OF PLAINTIFF
UNITED STATES OF AMERICA

THOMAS E. MOSS
United States Attorney

*[signature]*

ALAN G. BURROW
Assistant U.S. Attorney

ON BEHALF OF RELATOR
TRUDY DAVIS

JOHNSON & MONTELEONE, L.L.P.

*[signature]*

JASON R.N. MONTELEONE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office for the District of Idaho, and that on September 11, 2006, a copy of the **UNITED STATES' AND RELATOR'S JOINT MOTION TO DISMISS SECOND AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Jason R.N. Monteleone
Johnson Monteleone
405 S. 8th St., Ste. 250
Boise, ID 83702
jason@treasurevalleylawyers.com

*[signature: Rebecca L. Ealy]*